RAYMOND M. BUDDIE    (SBN 121353)
RICK W. GRADY         (SBN 235976)
PECKAR & ABRAMSON, P.C.
455 Market Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 837-1968
Facsimile: (415) 837-1320

Attorneys for Defendants, DICK/MORGANTI; DICK CORPORATION; THE MORGANTI
GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA;
and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of KING WIRE PARTITION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.:  3:07-cv-06201-JL <br><br> **NOTICE OF SETTLEMENT** |

Counsel for Plaintiff and Defendants in the above-captioned matter hereby jointly

provide the Court notice that the parties have reached a settlement agreement whereby, assuming

the satisfaction of certain conditions, this case will be dismissed, in its entirety and with

prejudice, on or before March 26, 2008.  The parties request that this case be administratively

closed until such time that either the dismissal is filed, or one of the parties notifies the Court that

the settlement was not completed.

LAW OFFICES

**Peckar &
Abramson**
A Professional Corporation

1

1    Dated: February 5, 2008                    SALEK LAW FIRM

2

3                                               By: _____

4                                               Keith Salek
                                                Attorney for Plaintiff, UNITED STATES
5                                               OF AMERICA, for the use and benefit of
                                                KING WIRE PARTITION, INC.
6

7    Dated: January 5, 2008                     PECKAR & ABRAMSON, P.C.

8

9                                               By: _____

10                                              Raymond M. Buddie (SBN 121353)
                                                Rick W. Grady (SBN 235976)
11                                              Attorney for Defendants,
                                                DICK/MORGANTI; DICK
12                                              CORPORATION; THE MORGANTI
                                                GROUP, INC.; AMERICAN CASUALTY
13                                              COMPANY OF READING,
                                                PENNSYLVANIA; and NATIONAL
14                                              UNION FIRE INSURANCE COMPANY
                                                OF PITTSBURGH, PA
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

51348.01/4360-153100/P

2
NOTICE OF SETTLEMENT

Case No.:
3:07-cv-06201-JL