1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of KING WIRE PARTITION, INC., <br><br>          Plaintiff, <br><br> vs. <br><br> DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, <br><br>          Defendants. | Case No.:  3:07-cv-06201-JL <br><br><br> **[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT TO NOTICE OF SETTLEMENT** |

The Court, having considered the NOTICE OF SETTLEMENT filed by Plaintiff and Defendants wherein the parties informed the Court that they have reached a settlement agreement whereby, subject to the satisfaction of certain conditions, this case will be dismissed in its entirety and with prejudice on or before March 26, 2008, orders that this case shall be administratively closed until such time that either a dismissal is filed or one of the parties notifies the Court that the settlement was not completed.

LAW OFFICES
Peckar & Abramson
A Professional Corporation

1

[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT TO NOTICE OF SETTLEMENT

Case No.: 3:07-cv-06201-JL

51368.01/4360-153100/P

1  **IT IS SO ORDERED.**
2
3  Dated: _____, 2008
4  _____
   Chief Magistrate Judge James Larson
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
Peckar & Abramson
A Professional Corporation

2
[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT TO NOTICE OF SETTLEMENT
Case No.: 3:07-cv-06201-JL
51368.01/4360-153100/P