1 | RAYMOND M. BUDDIE    (SBN 121353)
2 | RICK W. GRADY        (SBN 235976)
  | PECKAR & ABRAMSON, P.C.
3 | 455 Market Street, 21st Floor
  | San Francisco, CA 94105
4 | Telephone: (415) 837-1968
5 | Facsimile: (415) 837-1320

6 | Attorneys for Defendants, DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA;
7 | and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, for the use and benefit of KING WIRE PARTITION, INC., | Case No.: 3:07-cv-06201-JL |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 10, inclusive, | |
| Defendants. | |

LAW OFFICES
Peckar & Abramson
A Professional Corporation

1
PROOF OF SERVICE
51370.01/4360-153100/P

Case No.:
3:07-cv-06201-JL

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PECKAR & ABRAMSON, 455 Market Street, 21st Floor, San Francisco, California 94105. On February 5, 2008, I served the within documents:

1. **NOTICE OF SETTLEMENT**

2. **[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT TO NOTICE OF SETTLEMENT.**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as follows:

> Keith Salek, Esq.
> Salek Law Firm
> 15139 Woodlawn Avenue
> Tustin, CA 92780
> Telephone:   (714) 258-7800
> Facsimile:    (714) 258-7888
> Email:        ksalek@saleklaw.com
> ***Attorney for Plaintiff, King Wire Partition, Inc.***

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and Fed Ex. Under these practices it would be deposited with U.S. Postal Service or Fed Ex on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 5, 2008, at San Francisco, California.

| Marissa Y. Otellini | /s/ Marissa Y. Otellini |
|---|---|
| Printed Name | Signature Line |

2
PROOF OF SERVICE
51370.01/4360-153100/P
Case No.: 3:07-cv-06201-JL

LAW OFFICES
Peckar & Abramson
A Professional Corporation