| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Salek Law Firm, SBN 218379<br>27 Peters Canyon Rd Fl 2<br>Irvine   CA   92606<br>ATTORNEY FOR (Name)   Plaintiff | (714) 258-7800 | FILED<br>2008 FEB -7 A 10: 49<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA |

| Insert of Court Name of Judicial District and Branch Court if any |
|---|
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |

| SHORT TITLE OF CASE |
|---|
| UNITED STATES V. DICK/MORGANTI |

| 1290892 | (HEARING) Date | Time | Dept | Case Number<br>CV076201JL |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>10000 - King Wire |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT; CIVIL COVER SHEET
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
TRIAL; BLANK CONSENT AND DECLINATION TO PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE; U.S. DISTRICT COURT GUIDELINES
DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

ON: National Union Fire Insurance Company of
Pittsburgh, PA, by serving CSC-Lawyers Incorporating Service, Agent for Service

AT: 2730 Gateway Oaks Dr
Sacramento   CA   95833

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

BECKY DE GEORGE, PERSON AUTHORIZED TO RECEIVE
CAUCASIAN FEMALE 40-45 YRS 5'6" 140-160 LBS. BLOND HAIR

ON   1/11/2008   AT   11:55:00 AM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

| | | d. The fee for service was   $89.90 |
|---|---|---|
| 7a. Person Serving: | Robert J. Mason | e. I am: |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | | (1)   not a registered California process server:<br>(3) X   registered California process server:<br>  (i) Employee<br>  (i) Registration No: 03-007 |
| c. (714) 662-5555 | | (i) County:  PLACER |

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

X _____
SIGNATURE

1/21/2008                              **PROOF OF SERVICE**