| | | | |
|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) Salek Law Firm, SBN 218379 27 Peters Canyon Rd Fl 2 Irvine   CA   92606 | TELEPHONE NO. (714) 258-7800 | | FOR COURT USE ONLY |
| ATTORNEY FOR (Name | | | FILED |
| Insert of Court Name of Judicial District and Branch Court if any UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | 2008 FEB -7 A 10: 50 |
| SHORT TITLE OF CASE UNITED STATES V. DICK/MORGANTI | | | RICHARD W. WIEKING CLERK U.S. DISTRICT COURT |
| 1290879 | (HEARING) Date   Time   Dept | | Case Number CV076201JL |
| | | | REFERENCE NO. 10000 - King Wire |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT; CIVIL COVER SHEET
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
TRIAL; BLANK CONSENT AND DECLINATION TO PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE; U.S. DISTRICT COURT GUIDELINES
DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

ON: Dick Corporation, by serving CT
Corporation System, Agent for Service

AT: 818 W 7th St
Los Angeles   CA   90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

MARIA VELASCO, AUTHORIZED TO RECEIVE
HISPANIC FEMALE 35YRS 5'09" 175LBS. BLACK HAIR

ON   1/10/2008   AT   3:00:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving:   Enrique Mendez
b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626
c. (714) 662-5555

d. The fee for service was   $28.50
e. I am:
(1)   not a registered California process server:
(3) X   registered California process server:
(i) Independant Contractor
(i) Registration No: 434/3428
(i) County:   oc/la

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1/16/2008

SIGNATURE

**PROOF OF SERVICE**