| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Salek Law Firm, SBN 218379<br>27 Peters Canyon Rd Fl 2<br>Irvine    CA    92606 | (714) 258-7800 | FILED<br>2008 FEB 7  A 10: 51<br>RICHARD W. WIEKING |
| ATTORNEY FOR (Name | | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE<br>UNITED STATES V. DICK/MORGANTI | | |
| 1290884 | (HEARING) Date    Time    Dept | Case Number:<br>CV076201JL<br>REFERENCE NO.<br>10000 - King Wire |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT; CIVIL COVER SHEET
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE
TRIAL; BLANK CONSENT AND DECLINATION TO PROCEED BEFORE A UNITED
STATES MAGISTRATE JUDGE; U.S. DISTRICT COURT GUIDELINES
DROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

ON: American Casualty Company of Reading, PA, by
serving CT Corporation System, Agent for Service

AT: 818 W 7th St
Los Angeles    CA    90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

MARIA VELASCO, AUTHORIZED TO RECEIVE
HISPANIC FEMALE 35YRS 5'09" 175LBS. BLACK HAIR

ON    1/10/2008    AT    3:00:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

| | | d. The fee for service was    $28.50 |
|---|---|---|
| 7a. Person Serving:    Enrique    Mendez | | e. I am: |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | | (1)    not a registered California process server:<br>(3) X   registered California process server:<br>    (i) Independant Contractor<br>    (i) Registration No: 434/3428 |
| c. (714) 662-5555 | X | (i) County:    oc/la |

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.    SIGNATURE

1/16/2008

**PROOF OF SERVICE**