1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   United States of America, et al.,            No. C 07-6201  JL

12              Plaintiffs,

13        v.                                       ORDER OF DISMISSAL

14   Dick/Morganti, et al.,

15              Defendants.
     _____/

16

17        The parties hereto, by their counsel, having advised the court that they have agreed

18   to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be

19   dismissed with prejudice; provided, however that if any party hereto shall certify to this

20   court, within ninety days, with proof of service thereof, that the agreed consideration for

21   said settlement has not been delivered over, the foregoing order shall stand vacated and

22   this cause shall forthwith be restored to the calendar to be set for trial.

23

24   DATED: February 13, 2008

25

26                                   _____

27                                        James Larson
                                     Chief Magistrate Judge

28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California