SALEK LAW FIRM
27 Peters Canyon Road
2nd Floor
Irvine, CA 92606
Tel# 714/258-7800
Fax# 714/258-7888

By: KEITH SALEK, Bar No. 218379
Attorneys for KING WIRE PARTITIONS, INC.

FILED
2008 FEB 20 PM 3: 13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

# UNITED STATES DISTRICT COURT

## UNITED STATES DISTRICT COURT OF CALIFORNIA – NORTHERN DISTRICT

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of KING WIRE PARTITIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DICK/MORGANTI, a joint venture; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and Does 1 through 10, inclusive, <br><br> Defendants. | CASE NO: C 07-06201 JL <br><br> **NOTICE OF CHANGE OF ATTORNEY'S ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that as of January 10, 2008, the attorney for King Wire Partitions, Inc. has changed his address for service of notices and documents in the above-captioned action. The new address of the SALEK LAW FIRM is as follows:

27 Peters Canyon Road, 2nd Floor, Irvine, CA 92606; telephone number (714) 258-7800; facsimile number (714) 258-7888. All notices and documents regarding the action should be sent to the above address.

Notice of Change of Address -1-

KS/rad
tba
1/14/08

1  DATED: January 15, 2008                SALEK LAW FIRM

2

3                                    By: _____

4                                         KEITH SALEK
                                          Attorneys for King Wire
5                                         Partitions, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Change of Address -2-

SALEK LAW FIRM
27 Peters Canyon Rd.
2nd Floor
Irvine, CA 92606
714/258-7800

**PROOF OF SERVICE**

STATE OF CALIFORNIA)
                    ) ss.
COUNTY OF ORANGE  )

I am employed in the County of Orange, State of California. I AM over the age of 18 years old and not a party to this action. My business address is 27 Peters Canyon Road, 2nd Floor, Irvine, CA 92606.

On February 15, 2008 I served the forgoing document described as **NOTICE OF CHANGE OF ATTORNEY'S ADDRESS** on the persons listed below as follows:

| | |
|---|---|
| CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>*Agent for Service of Process for Defendants Dick/Morganti; The Morganti Group, Inc.; Dick Corporation;* and *American Casualty Company of Reading, Pennsylvania* | CSC – Lawyer's Incorporation Service<br>P.O. Box 526036<br>Sacramento, CA 95852<br>*Agent for Service of Process for Defendants National Union Fire Insurance Company of Pittsburgh Pennsylvania* |

Dick/Morganti, A Joint Venture
1068 Mission Street
San Francisco, CA 94103
*Defendants without Attorney*

☒ (By U.S. Mail) I enclosed the document(s) listed above in a sealed envelope or package addressed to the persons listed above and placed the envelope for collection and mailing, following ordinary business practices of Salek Law Firm. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ (By Personal Service by Messenger) I commissioned          to personally serve the documents listed above by delivering a copy thereof to the office of the following, ans either handing the copy to the person named above or leaving it with the receptionist or other person having charge of the office thereof. A proof of service has been requested from          and if necessary, will be filed with the Court.

☐ (By Express/Overnight Mail Service) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. The airbill confirmation number is          . (CCP $ 1013)(CCP $ 437c(a))

☐ (By Facsimile Transmission) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this Proof of Service was executed on February 15, 2008 at Irvine, California.

*Rachel DaPena*
Rachel DaPena

SALEK LAW FIRM
15139 Woodlawn Ave
Tustin, CA 92780
714/258-7800

PROOF OF SERVICE - 1